JOHN E. POWERS, Respondent, *v.* THE SCHLICHT HEAT, LIGHT
AND POWER COMPANY, Appellant.

*Powers* v. *Schlicht Heat & Power Co.*, 23 App. Div. 380, affirmed.
(Submitted December 21, 1900; decided February 5, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judical department, entered December 15, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*James P. Lowrey* for appellant.

*A. W. Gleason* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, LANDON, CULLEN and WERNER, JJ.     Absent: HAIGHT, J.